UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRIK SARDARIANI, | ) | Case No. LACV 15-07040-VAP |
| | ) | LACR 10-01343 VAP |
| | ) | ORDER REQUIRING RETURN TO § 2255 |
| Petitioner, | ) | MOTION |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Based upon Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed herein and good cause appearing:

IT IS HEREBY ORDERED that the United States Attorney file a Return to the motion on or before **October 21, 2105**, accompanied by all records, and that Respondent serve a copy of the Return upon the Petitioner prior to the filing thereof.

NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES.

IT IS FURTHER ORDERED that if the Petitioner desires to file a Reply to the Return, he shall do so twenty-one days from the Return filing date, setting forth separately: (a) his admission or denial

of any new factual allegations of the Return, and (b) any additional legal arguments.

    IT IS FURTHER ORDERED that if any pleading or other paper submitted to be filed and considered by the Court does <u>not</u> include a certificate of service upon the Respondent, or counsel for Respondent, it will be stricken from this case and disregarded by the Court.

Dated: 09/30/2015

                          VIRGINIA A. PHILLIPS
                          United States District Judge